IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **JULIAN WATSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **2:20cv541-MHT** |
| | ) | **(WO)** |
| **JEFFERSON S. DUNN,** | ) | |
| **et. al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of plaintiff's motion to withdraw (doc. no. 4), which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 18th day of August, 2020.

                                           /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**